Christian D. Austin #9121
TYCKSEN & SHATTUCK, L.C.
12401 South 450 East, Suite E-1
Draper, UT 84020
Telephone No.: (801) 748-4081
christian@tyshlaw.com


*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
### for the
### District of Utah

| | |
|---|---|
| BRIAN MCADAM, individually,<br><br>Plaintiff,<br><br>v.<br><br><br><br>LIFE SURGE LLC, a Delaware Corporation, and JANE AND JOHN DOES 1-10 | **SECOND JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS**<br><br><br><br><br><br>Case No. 2:25-cv-00417<br>Judge: Dale A. Kimball |

SECOND JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

AND STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS


**Comes Now,** Plaintiff Brian McAdam and Defendant Life Surge LLC (collectively, the

"Parties"), by and through their respective counsel of record, and hereby provide this update to

the Court regarding the status of their settlement. In support of this Stipulated Motion, the Parties

state as follows:

STATUS OF SETTLEMENT

1. Since the filing of the initial Joint Notice of Settlement on April 17, 2026, the Parties have successfully exchanged a draft settlement agreement.

### ONGOING PROGRESS

2. The Parties are currently in the process of reviewing and working out the final details and language of the formal agreement to ensure all terms accurately reflect the settlement in principle.

### REQUEST FOR ADDITIONAL TIME

3. To allow sufficient time for the finalization and execution of the settlement documents and associated closing paperwork, the Parties respectfully request an additional thirty (30) days.

### STAY OF PROCEEDINGS

4. The Parties request that the Court continue the stay of all proceedings and deadlines—including any ruling on the pending Motion to Dismiss (Doc.14)—for this additional period to conserve judicial resources.

### FINAL DISPOSITION

5. Final Disposition: The Parties anticipate filing a Stipulated Motion to Dismiss with prejudice on or before the expiration of this requested thirty-day extension.

**WHEREFORE**, the Parties respectfully request that the Court enter an order extending the stay of this matter for an additional thirty (30) days to allow for the finalization of the settlement agreement.

DATED this 13th day of May, 2026

/s/ Christian Austin
Christian Austin
*Attorney for Brian McAdam*

/s/ Trenton L. Lowe
Trenton L. Lowe
*Attorney for Life Surge*
*Approved as to Form*

*and*

*Electronically Signed with Permission*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2026, I personally served a true and correct copy of the foregoing via Pacer Electronic Notification to:

Timothy R. Pack (12193)
Trenton L. Lowe (16091)
John E. Fuller (19264)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone/Facsimile: (801) 322-2516
trp@clydesnow.com
tll@clydesnow.com
jef@clydesnow.com
Attorneys for Plaintiff

/s/ Vaughn Hokanson
Vaughn Hokanson
*Paralegal for Christian Austin*