Christian D. Austin #9121
TYCKSEN & SHATTUCK, L.C.
12401 South 450 East, Suite E-1
Draper, UT 84020
Telephone No.: (801) 748-4081
christian@tyshlaw.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
### for the
### District of Utah

| | |
|---|---|
| BRIAN MCADAM, individually, <br><br> Plaintiff, <br><br><br> v. <br><br><br><br> LIFE SURGE LLC, a Delaware Corporation, and JANE AND JOHN DOES 1-10 | **JOINT STIPULATION OF VOLUTARY DISMISSAL WITH PREJUDICE** <br><br><br><br><br> Case No. 2:25-cv-00417 <br> Judge: Dale A. Kimball |

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian McAdams and Defendant Life Surge LLC, by and through their respective undersigned counsel, hereby stipulate and agree that this action, including all claims and counterclaims asserted herein, is dismissed with prejudice.

The parties have resolved their dispute via a lump-sum settlement, and all terms of the settlement agreement have been fully satisfied or will be executed independently. Each party shall bear its own attorney's fees, litigation expenses, and costs.

Dated: June 12th 2026

Respectfully submitted,

*/s/ Christian Austin*

Joint Stipulation of Voluntary Dismissal with Prejudice

Christian Austin
*Attorney for Brian McAdam*


*/s/ Trenton L. Lowe*
Trenton L. Lowe
*Attorney for Life Surge*

*Approved as to Form*

*and*

*Electronically Signed with Permission*


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2026, I personally served a true and correct

copy of the foregoing via Pacer Electronic Notification to:

Timothy R. Pack (12193)
Trenton L. Lowe (16091)
John E. Fuller (19264)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone/Facsimile: (801) 322-2516
trp@clydesnow.com
tll@clydesnow.com
jef@clydesnow.com
Attorneys for Plaintiff


*/s/ Vaughn Hokanson*
Vaughn Hokanson
*Paralegal for Christian Austin*


Joint Stipulation of Voluntary Dismissal with Prejudice